**Gregory Wayne Ginn; Gregory Wayne Ginn, P.C., Appellants,**

v.

**Trustee Scott Seidel, Appellee.**

**No. 05–10200.**

United States Court of Appeals, Fifth Circuit.

Decided Feb. 14, 2006.

Anthony Alan Petrocchi, Christopher M. Weil, Weil & Petrocchi, Jeffrey Wallace Hellberg, Jr., Law Offices of Jeffrey W. Hellberg Jr, Dallas, TX, for Appellant.

Gerrit M. Pronske, Rakhee V. Patel, Kirkpatrick & Lockhart Nicholson Graham, Dallas, TX, for Appellee.

Before JONES, Chief Judge, and KING and DENNIS, Circuit Judges.

PER CURIAM: *

There being no reversible error, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

**In the Matter of ALLIED PHYSICIANS GROUP PA Debtor.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.